IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAHKWON DAVIS,                          :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :    3:17-CV-512          **FILED**
                                         :    (JUDGE MARIANI)      **SCRANTON**
DETECTIVE THOMAS DAVIS, et al.,          :
                                         :                        MAY 1 5 2017
        Defendants.                      :
                                                                  Per_____
                                                                    DEPUTY CLERK

ORDER

**AND NOW, THIS** ___ **DAY OF JUNE, 2017**, upon review of Magistrate Judge

Saporito's Report & Recommendation (Doc. 10) for clear error and manifest injustice, **IT IS**

**HEREBY ORDERED THAT:**

1.  The Report & Recommendation (Doc. 10) is **ADOPTED** for the reasons discussed

    therein.

2.  The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3.  The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge